| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____    Chapter  **7** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **BLUTH DEVELOPMENT L.L.C.** | |
| 2. | All other names debtor used in the last 8 years  *Include any assumed names, trade names and doing business as names* | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3059473** | |
| 4. | Debtor's address | **Principal place of business**  **1730 US HIGHWAY 50**  **Glenbrook, NV 89413**  Number, Street, City, State & ZIP Code  **Douglas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **BLUTH DEVELOPMENT L.L.C.**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor  **BLUTH DEVELOPMENT L.L.C.**                                                         Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **BLUTH DEVELOPMENT L.L.C.**                                    Case number (*if known*)
        Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **BLUTH DEVELOPMENT L.L.C.**                                    Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 5, 2023**
              MM / DD / YYYY

**X** **/s/ CHARLES BLUTH**                                              **CHARLES BLUTH**
Signature of authorized representative of debtor              Printed name

Title   **MANAGING MEMBER**

**18. Signature of attorney**

**X** **/s/ STEPHEN R. HARRIS**                                          Date  **October 5, 2023**
Signature of attorney for debtor                                                     MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone  **775-786-7600**        Email address  **steve@harrislawreno.com**

**001463 NV**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **BLUTH DEVELOPMENT L.L.C.**                                                            Case No.
                                    Debtor(s)                                                  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,838.00** |
   | Prior to the filing of this statement I have received | $ **3,838.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **CHARLES BLUTH**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 5, 2023**
Date

**STEPHEN R. HARRIS**
*Signature of Attorney*
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600   Fax: 775-786-7764**
**steve@harrislawreno.com**
*Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re  **BLUTH DEVELOPMENT L.L.C.**  
Debtor(s)

Case No.  
Chapter **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CHARLES BLUTH**<br>1730 HIGHWAY 50<br>Glenbrook, NV 89413 | | 90% | MANAGING MEMBER/MEMBER |
| **PATRICK BLUTH**<br>PO BOX 18983<br>Reno, NV 89511 | | 10% | MEMBER |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 5, 2023**

Signature  **/s/ CHARLES BLUTH**  
**CHARLES BLUTH**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re  **BLUTH DEVELOPMENT L.L.C.**              Case No.
                    Debtor(s)                    Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 5, 2023**          /s/ CHARLES BLUTH
                                    **CHARLES BLUTH**/**MANAGING MEMBER**
                                    Signer/Title

```
BLUTH DEVELOPMENT L.L.C.
1730 US HIGHWAY 50
GLENBROOK, NV 89413

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

CHARLES BLUTH
1730 HIGHWAY 50
GLENBROOK, NV 89413

LC PROPERTY, L.L.C.
DBA LC PAINT DRYWALL AND CARPENTRY
C/O VILORIA, OLIPHANT, OSTER & AMAN
327 CALIFORNIA AVE
RENO, NV 89509

PATRICK BLUTH
PO BOX 18983
RENO, NV 89511
```

# United States Bankruptcy Court
## District of Nevada

In re   **BLUTH DEVELOPMENT L.L.C.**                               Case No.
                            Debtor(s)                               Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **BLUTH DEVELOPMENT L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  5, 2023**                                **/s/ STEPHEN R. HARRIS**
Date                                                **STEPHEN R. HARRIS**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **BLUTH DEVELOPMENT L.L.C.**
                                                    **HARRIS LAW PRACTICE LLC**
                                                    **850 E. PATRIOT BLVD.**
                                                    **SUITE F**
                                                    **Reno, NV 89511**
                                                    **775-786-7600 Fax:775-786-7764**
                                                    **steve@harrislawreno.com**

**United States Bankruptcy Court**
**District of Nevada**

In re   **BLUTH DEVELOPMENT L.L.C.**                               Case No.

                              Debtor(s)                            Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **CHARLES BLUTH**, declare under penalty of perjury that I am the **MANAGING MEMBER** of **BLUTH DEVELOPMENT L.L.C.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **5th** day of **October**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **CHARLES BLUTH**, **MANAGING MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **CHARLES BLUTH**, **MANAGING MEMBER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **CHARLES BLUTH**, **MANAGING MEMBER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date **October 5, 2023**                                Signed **/s/ CHARLES BLUTH**
                                                                **CHARLES BLUTH**

Resolution of Board of Directors
of
**BLUTH DEVELOPMENT L.L.C.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **CHARLES BLUTH**, **MANAGING MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **CHARLES BLUTH**, **MANAGING MEMBER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **CHARLES BLUTH**, **MANAGING MEMBER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **October 5, 2023**          Signed  **/s/ Charles Bluth**

Date  **October 5, 2023**          Signed  _____